**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **KARZARTA PIETT** | **CASE NO.: 4:21-CR-00033-CDL-MSH-1** |

**ORDER ON DEFENDANTS UNOPPOSED MOTION FOR CONTINUANCE**

Defendant *Karzarta Piett* has moved the Court to continue the pre-trial conference of his case, presently scheduled for November 9, 2021 and to continue any trial until the Court's March 2022 jury trial term. The Government does not oppose this motion. Defendant was arraigned on October 6, 2021 and is currently in custody. Additional time is needed for counsel to review discovery, conduct legal meetings and pretrial investigation. The Court finds that it is in the interests of justice to allow the parties to review discovery and complete investigation and explore possible plea negotiations if warranted, and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 20] is **GRANTED**, and the presently scheduled pretrial conference is canceled. It is further ordered that this case shall be continued until the March 2022 jury trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161.

It is SO ORDERED, this **28th** day of **October 2021**.

S/Clay D. Land, Judge