**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KARZARTA PIETT** | **CASE NO.: 4:21-CR-00033-CDL-MSH-1** |

**ORDER ON DEFENDANTS UNOPPOSED MOTION FOR CONTINUANCE**

The defendant, ***Karzarta Piett***, has moved the Court to continue the pre-trial conference of his case, presently scheduled for February 1, 2022 and continue the trial to the Court's September 2022 trial term. The Government does not oppose this motion. Defendant was arraigned on October 6, 2021, and is currently in custody. Additional time is needed to obtain and review the defendant's criminal history and conduct legal meetings and pretrial investigation. The Court finds that it is in the interests of justice to allow the parties to obtain and review criminal history and complete investigation and explore possible plea negotiations if warranted and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 23] is **GRANTED**, and it is hereby ordered that this case shall be continued until September, 2022 Court calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. ' 3161.

It is SO ORDERED, this **28th** day of **January 2022**.

S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT