IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STAES OF AMERICA | : | Case No. 4:21-CR-033 |
| | : | |
| vs. | : | |
| | : | |
| KARZARTA PIETT, | : | |
| Defendant. | : | |

### ORDER ON MOTION FOR RECONSIDERATION OF MOTION FOR CONTINUANCE

Defendant has moved the Court to reconsider the denial of his previously filed motion to continue (Doc. 31, 32). This case is presently scheduled for the September 2022 trial term. The Government does not oppose this motion.

Defendant was arraigned on October 6, 2021. New counsel for Defendant was appointed on April 20, 2022.

In his motion to reconsider, the Defendant has included additional details that were not included in his original motion to continue, namely that he is currently under indictment in the Middle District of Alabama in case no. 3:22-CR-97. Counsel for the Defendant asserts that additional time is needed to be retained in that case, review discovery, investigate further if necessary, and continue to engage in plea negotiations with the ultimate goal of resolving both cases in this district via Rule 20 of the Federal Rules of Criminal Procedure if possible.

For these reasons, the interests of justice served by a continuance outweigh the interest of the defendant and the public in a speedier trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a

miscarriage of justice. Accordingly, the MOTION FOR RECONSIDERATION OF UNOPPOSED MOTION FOR CONTINUANCE IN THE INTEREST OF JUSTICE [Doc. 33] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's January 2023 trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this 15th day of July 2022.

S/ Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT