IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:21-CR-33-001(CDL) |
| **KARZARTA PIETT** | |

### ORDER

On September 6, 2023, Karzarta Piett was sentenced by this Court to 300 months imprisonment (ECF No. 107) for Possession of Methamphetamine with Intent to Distribute and Possession of a Firearm by a Convicted Felon. The Judgment in a Criminal Case was silent regarding the relationship between this sentence and a subsequent State of Georgia sentence.

Accordingly, the Court hereby orders the 300-month imprisonment sentence imposed for case number 4:21-CR-33-001(CDL) be served CONCURRENTLY with the State of Georgia sentence imposed in Muscogee County, Georgia Superior Court case number SU2021CR2007.

All other aspects of the sentence, as set forth in the original Judgment in a Criminal Case dated September 13, 2023, (ECF No. 107) shall remain in effect.

**SO ORDERED,** this 7th day of January, 2025.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA